# ORANGE COUNTY BOARD OF SUPERVISORS
## MINUTE ORDER
### February 23, 2021

*Submitting Agency/Department:* County Counsel

Pursuant to Government Code Section 7283.1, conduct public hearing regarding Transparent Review of Unjust Transfers and Holds (TRUTH) Act and receive and file information from County law enforcement departments regarding Immigration and Customs Enforcement's access to individuals in 2020 - All Districts

***The following is action taken by the Board of Supervisors:***
APPROVED AS RECOMMENDED ☐   OTHER ☒

RECEIVED AND FILED

**Unanimous** ☐ (1) DO:   (2) VACANT:   (3) WAGNER:   (4) CHAFFEE:   (5) BARTLETT:

*Vote Key: Y=Yes; N=No; A=Abstain; X=Excused; B.O.=Board Order*

Documents accompanying this matter:

☐ Resolution(s)
☐ Ordinances(s)
☐ Contract(s)

Item No. S15C

Special Notes:

Copies sent to:

  *CoCo – Nicole Sims*

  *2/26/21*



I certify that the foregoing is a true and correct copy of the Minute Order adopted by the Board of Supervisors, Orange County, State of California.
Robin Stieler, Clerk of the Board

By: _____
      Deputy

1

**EXHIBIT C**



**County Executive Office**

**Memorandum**

S15C

February 17, 2021

**To:** Clerk of the Board of Supervisors

**From:** Frank Kim, County Executive Officer

Michelle Aguirre _(Digitally signed by Michelle Aguirre, DN: cn=Michelle Aguirre, o=County Executive Office, ou=Chief Financial Officer, email=michelle.aguirre@ocgov.com, c=US, Date: 2021.02.17 15:51:45 -08'00')_

**Subject:** Exception to Rule 21

---

The County Executive Office is requesting a Supplemental Agenda Staff Report (ASR) for the February 23, 2021, Board Hearing Meeting.

**Agency:** County Counsel
**Subject:** Transparent Review of Unjust Transfers and Holds (TRUTH) Act Community Forum
**Districts:** All Districts

**Reason for supplemental:** Conducting the public hearing and receiving and filing information regarding access to individuals that has been provided to Immigration and Customs Enforcement by County law enforcement departments during 2020 will meet the requirements of California's Transparent Review of Unjust Transfers and Holds (TRUTH) Act, Government Code sections 7283 and 7283.1.

**Concur:** _/s/ A.D._
Chairman Andrew Do, Supervisor, First District

cc: Board of Supervisors
County Executive Office
County Counsel

**EXHIBIT C**



Agenda Item S15C
*Clerk's Use Only*

# SUPPLEMENTAL AGENDA ITEM
# AGENDA STAFF REPORT



| | |
|---|---|
| **MEETING DATE:** | 02/23/21 |
| **LEGAL ENTITY TAKING ACTION:** | Board of Supervisors |
| **BOARD OF SUPERVISORS DISTRICT(S):** | All Districts |
| **SUBMITTING AGENCY/DEPARTMENT:** | County Counsel |
| **DEPARTMENT HEAD REVIEW:** | *Department Head Signature* |
| **DEPARTMENT CONTACT PERSON(S):** | Leon J. Page (714) 834-3300 |
| | Nicole A. Sims (714) 834-3319 |

**SUBJECT:** Transparent Review of Unjust Transfers and Holds (TRUTH) Act Community Forum

| CEO CONCUR | COUNTY COUNSEL REVIEW | CLERK OF THE BOARD |
|---|---|---|
| Michelle Aguirre *(digitally signed)* CEO Signature | No legal objection *Action* County Counsel Signature | Public Hearing 3 Votes Board Majority |

**Budgeted:** N/A  **Current Year Cost:** N/A  **Annual Cost:** N/A

**Staffing Impact:** N/A  **# of Positions:**   **Sole Source:** N/A
**Current Fiscal Year Revenue:** N/A
**Funding Source:** N/A  **County Audit in last 3 years** N/A

**Prior Board Action:** 12/08/2020 #S34A, 04/23/2019 #S49C, 12/04/2018 #S40A

## RECOMMENDED ACTION(S)

1. Pursuant to Government Code Section 7283.1, conduct public hearing regarding access to individuals that has been provided to Immigration and Customs Enforcement by County law enforcement departments during 2020.

2. Receive and file information from County law enforcement departments regarding Immigration and Customs Enforcement's access to individuals in 2020.

## SUMMARY:

California's Transparent Review of Unjust Transfers and Holds Act (Government Code sections 7283 and 7283.1) requires that a Community Forum be held each year, to provide the public with information about what access to individuals has been provided to Immigration and Customs Enforcement by County law enforcement departments during the preceding year.

Page 1

**EXHIBIT C**

**BACKGROUND INFORMATION:**

Government Code section 7283, subdivision (d), defines Immigration and Customs Enforcement (ICE) access as follows:

> "ICE access" means, for the purposes of civil immigration enforcement, including when an individual is stopped with or without their consent, arrested, detained, or otherwise under the control of the local law enforcement agency, all of the following:
> (1) Responding to an ICE hold, notification, or transfer request.
> (2) Providing notification to ICE in advance of the public that an individual is being or will be released at a certain date and time through data sharing or otherwise.
> (3) Providing ICE non-publicly available information regarding release dates, home addresses, or work addresses, whether through computer databases, jail logs, or otherwise.
> (4) Allowing ICE to interview an individual.
> (5) Providing ICE information regarding dates and times of probation or parole check-ins.

*Sheriff-Coroner Department (OCSD)*

Following the enactment of state laws limiting law enforcement agencies' cooperation with ICE except as provided, OCSD implemented a jail policy and created forms to meet the laws' requirements. OCSD's Jail Policy 1206 (Attachment B) prohibits any transfer of an inmate to ICE's custody unless in accordance with state law. Following the enactment of the Transparent Review of Unjust Transfers and Holds (TRUTH) Act, OCSD created forms by which OCSD requests an inmate's written consent to be interviewed by ICE (TRUTH Act Interview Consent Form) and also notifies an inmate if the inmate qualifies to be transferred to ICE's custody following the inmate's release from OCSD's custody (TRUTH Act Notification Form) (Attachment C).

OCSD provided the following information for 2020 (see Attachment D):

- In calendar year 2020, a total of 393 inmates released from the Orange County Jail had ICE detainers, meaning ICE requested that OCSD notify them when the inmates were being released and transfer the inmates to ICE's custody. In 2020, OCSD released 225 of those 393 inmates to ICE upon completion of their time in local custody. Those transferred were all individuals whose criminal convictions met the state law's requirement for transfer to ICE's custody.
- State law prohibited OCSD from notifying ICE of the release of 168 inmates who had ICE detainers. Of the 168 inmates with ICE detainers who were released back into the community, 36 were re-arrested for new crimes in Orange County.
- The 2020 statistics are significantly lower than previous years. The difference in numbers is largely due to factors associated with the pandemic. The total Orange County Jail population was 5,303 on March 7, 2020. Efforts to reduce the population to mitigate against the spread of COVID-19 occurred through much of 2020. By December 31, 2020, the jail population was 3,407. A temporary order suspending bail, court-ordered jail releases and the release of certain low-level offenders done through the Sheriff's discretion all resulted in a lower jail population. Additionally, litigation that limited capacity at ICE facilities has also been a factor in the reduced numbers.

**EXHIBIT C**

*Probation Department (Probation)*

Probation does not permit ICE to have access to any juvenile in Probation's custody or under Probation's supervision. This is in accord with Welfare and Institutions Code section 831, which prohibits disclosure of juvenile information to federal officials absent a court order from the Juvenile Court.

Probation has briefed its Probation Officers about the legal requirements for ICE access to adults. Probation has not had a situation where it has allowed ICE access to an adult in Probation's custody or under Probation's supervision in 2020.

**FINANCIAL IMPACT:**

N/A

**STAFFING IMPACT:**

N/A

**REVIEWING AGENCIES:**

Sheriff-Coroner Department
Probation Department

**ATTACHMENT(S):**

Attachment A – Government Code Sections 7283 and 7283.1; Welfare & Institutions Code Section 831
Attachment B – OCSD's Jail Policy Section 1206 (Immigration)
Attachment C – OCSD's Inmate Interview Consent Form and Notification Form
Attachment D – Orange County Jail – Immigration Detainer Data – 2020

**EXHIBIT C**