# ORANGE COUNTY BOARD OF SUPERVISORS
## MINUTE ORDER
### March 22, 2022

*Submitting Agency/Department:* County Counsel

Pursuant to Government Code Section 7283.1, conduct public hearing regarding Transparent Review of Unjust Transfers and Holds (TRUTH) Act and receive and file information from County law enforcement departments regarding Immigration and Customs Enforcement's access to individuals in 2021 - All Districts

*The following is action taken by the Board of Supervisors:*
APPROVED AS RECOMMENDED ☐     OTHER ☒

RECEIVED AND FILED

**Unanimous** ☐ (1) DO:   (2) FOLEY:   (3) WAGNER:   (4) CHAFFEE:   (5) BARTLETT:
*Vote Key: Y=Yes; N=No; A=Abstain; X=Excused; B.O.=Board Order*

Documents accompanying this matter:

☐ Resolution(s)
☐ Ordinances(s)
☐ Contract(s)

Item No. S46A

Special Notes:

Copies sent to:

   CoCo – Nicole Sims

        3/28/22



I certify that the foregoing is a true and correct copy of the Minute Order adopted by the Board of Supervisors, Orange County, State of California.
Robin Stieler, Clerk of the Board

By: _____
              Deputy

1

**EXHIBIT D**



# County Executive Office
## Memorandum

*RECEIVED 2022 MAR 15 PM 4:01 CLERK OF THE BOARD ORANGE COUNTY BOARD OF SUPERVISORS*

March 15, 2022

**To:** Clerk of the Board of Supervisors

**From:** Frank Kim, County Executive Officer

*Digitally signed by Frank Kim*
*DN: cn=Frank Kim, o=County of Orange, ou=CEO, email=frank.kim@ocgov.com, c=US*
*Date: 2022.03.15 08:43:13 -07'00'*

**Subject:** Exception to Rule 21

S46A

The County Executive Office is requesting a Supplemental Agenda Staff Report for the March 22, 2022, Board Hearing.

**Agency:** County Counsel
**Subject:** TRUTH Act Community Forum
**Districts:** All Districts

**Reason Item is Supplemental:** This item is a supplemental item to allow the Sheriff's Department time to gather data about the access to individuals provided to Immigration and Customs Enforcement (ICE) during 2021 and to accommodate the Sheriff's schedule.

**Justification:** This item must be heard on March 22, 2022, because the 30-day public notice required by Government Code Section 7283.1 specified that date. If it is continued, the 30-day public notice must be given anew. This Agenda Staff Report and attachments were finalized after the filing deadline to the Clerk of the Board.

Concur: _____
Doug Chaffee, Chairman of the Board of Supervisors

cc: Board of Supervisors
County Executive Office
County Counsel

**EXHIBIT D**

Agenda Item Clerk's Use Only **S46A**



## SUPPLEMENTAL AGENDA ITEM
## AGENDA STAFF REPORT

RECEIVED 2022 MAR 15 PM 4:02 CLERK OF THE BOARD ORANGE COUNTY BOARD OF SUPERVISORS

**MEETING DATE:** 03/22/22
**LEGAL ENTITY TAKING ACTION:** Board of Supervisors
**BOARD OF SUPERVISORS DISTRICT(S):** All Districts
**SUBMITTING AGENCY/DEPARTMENT:** County Counsel
**DEPARTEMENT HEAD REVIEW:** Leon J. Page (Digitally signed)
*Department Head Signature*
**DEPARTMENT CONTACT PERSON(S):** Leon J. Page (714) 834-3300
Nicole A. Sims (714) 834-3319

**SUBJECT:** Transparent Review of Unjust Transfers and Holds (TRUTH) Act Community Forum

| CEO CONCUR | COUNTY COUNSEL REVIEW | CLERK OF THE BOARD |
|---|---|---|
| Frank Kim (Digitally signed) 2022.03.15 | No legal objection | Public Hearing |
| CEO Signature | County Counsel Signature | 3 Votes Board Majority |

**Budgeted:** N/A   **Current Year Cost:** N/A   **Annual Cost:** N/A

**Staffing Impact:** N/A   **# of Positions:**   **Sole Source:** N/A
**Current Fiscal Year Revenue:** N/A
**Funding Source:** N/A   **County Audit in last 3 years** N/A

**Prior Board Action:** 4/23/2019, Item #S49C, 12/08/2020, Item #S34A, 02/23/2021, Item #S15C

### RECOMMENDED ACTION(S)

1. Pursuant to Government Code section 7283.1, conduct public hearing regarding access to individuals that has been provided to Immigration and Customs Enforcement by County law enforcement departments during 2021.

2. Receive and file information from County law enforcement departments regarding Immigration and Customs Enforcement's access to individuals in 2021.

### SUMMARY:

California's Transparent Review of Unjust Transfers and Holds (TRUTH) Act (Government Code sections 7283 and 7283.1) requires that a Community Forum be held each year, to provide the public with information about what access to individuals had been provided to Immigration and Customs Enforcement (ICE) by County law enforcement departments during the preceding year.

Page 1

**EXHIBIT D**

**BACKGROUND INFORMATION:**

In accord with Government Code sections 7283, subdivision (a) and 7283.1, subdivision (d), the Board has held a public hearing at its meetings on April 23, 2019, December 8, 2020, and February 23, 2021, to provide the public with information about what access to individuals had been provided to ICE by County law enforcement departments during the preceding year.

Government Code section 7283, subdivision (d), defines "ICE access" as follows:

> "ICE access" means, for the purposes of civil immigration enforcement, including when an individual is stopped with or without their consent, arrested, detained, or otherwise under the control of the local law enforcement agency, all of the following:
> (1) Responding to an ICE hold, notification, or transfer request.
> (2) Providing notification to ICE in advance of the public that an individual is being or will be released at a certain date and time through data sharing or otherwise.
> (3) Providing ICE non-publicly available information regarding release dates, home addresses, or work addresses, whether through computer databases, jail logs, or otherwise.
> (4) Allowing ICE to interview an individual.
> (5) Providing ICE information regarding dates and times of probation or parole check-ins.

*Sheriff's Department (OCSD)*

Following the enactment of state laws limiting law enforcement agencies' cooperation with ICE except as provided, OCSD implemented a jail policy and created forms to meet the laws' requirements. OCSD's jail policy 1206 (Attachment B) prohibits any transfer of an inmate to ICE's custody unless in accordance with state law. Following the enactment of the Transparent Review of Unjust Transfers and Holds (TRUTH) Act, OCSD created forms by which OCSD requests an inmate's written consent to be interviewed by ICE ("TRUTH Act Interview Consent Form") and also notifies an inmate if the inmate qualifies to be transferred to ICE's custody following the inmate's release from OCSD's custody ("TRUTH Act Notification Form") (Attachment C).

OCSD provided the following information for 2021 (see Attachments D and E):

- In calendar year 2021, a total of 199 inmates released from the Orange County Jail had ICE detainers, meaning ICE requested that OCSD notify them when the inmates were being released and transfer the inmates to ICE's custody. OCSD notified ICE about 143 of those 199 inmates upon the inmates' completion of their time in local custody. Those inmates were all individuals whose criminal convictions met the state law's requirement for transfer to ICE's custody. Of the 143 individuals, only 73 or 51 percent were transferred to ICE's custody. With respect to the other 70 individuals who, under state law, were eligible for transfer to ICE, ICE took no action and these individuals were released back into the community. A total of 24 of these individuals were re-arrested for new crimes in Orange County.

- State law prohibited OCSD from notifying ICE of the release of 56 inmates who had ICE detainers. Of the 56 inmates with ICE detainers who were released back into the community, 3 were re-arrested for new crimes in Orange County.

**EXHIBIT D**

*Probation Department (Probation)*

Probation does not permit ICE to have access to any juvenile in Probation's custody or under Probation's supervision. This is in accord with Welfare and Institutions Code section 831, which prohibits disclosure of juvenile information to federal officials absent a court order from the Juvenile Court.

Probation has briefed its officers about the legal requirements for ICE access to adults. Probation has not had a situation where it has allowed ICE access to an adult in Probation's custody or under Probation's supervision in 2021.

**FINANCIAL IMPACT:**

N/A

**STAFFING IMPACT:**

N/A

**REVIEWING AGENCIES:**

Sheriff's Department
Probation Department

**ATTACHMENT(S):**

Attachment A – Government Code sections 7283 and 7283.1; Welfare & Institutions Code section 831
Attachment B – OCSD's Jail Policy Section 1206 (Immigration)
Attachment C – OCSD's Inmate Interview Consent Form and Notification Form
Attachment D – Orange County Jail – Immigration Detainer Data – 2021
Attachment E – Inmates with Immigration Detainers – 2021

**EXHIBIT D**