# ORANGE COUNTY BOARD OF SUPERVISORS
## MINUTE ORDER
### March 26, 2024

*Submitting Agency/Department:* County Counsel

Pursuant to Government Code Section 7283.1 conduct public hearing regarding Transparent Review of Unjust Transfers and Holds (TRUTH) Act; and receive and file information from County law enforcement departments regarding Immigration and Customs Enforcement's access to individuals in 2023 - All Districts

**The following is action taken by the Board of Supervisors:**
APPROVED AS RECOMMENDED ☐     OTHER ☒

RECEIVED AND FILED

**Unanimous** ☐ (1) DO:   (2) SARMIENTO:   (3) WAGNER:   (4) CHAFFEE:   (5) FOLEY:

*Vote Key: Y=Yes; N=No; A=Abstain; X=Excused; B.O.=Board Order*

**Documents accompanying this matter:**

☐ Resolution(s)
☐ Ordinances(s)
☐ Contract(s)

Item No. 38

Special Notes:

Copies sent to:

    County Counsel

    4/1/24

I certify that the foregoing is a true and correct copy of the Minute Order adopted by the Board of Supervisors, Orange County, State of California.
Robin Stieler, Clerk of the Board

By: _____Alessandra Esquivel_____
    Deputy—B3412D28E08E475...

**EXHIBIT F**



Agenda Item

# AGENDA STAFF REPORT

**ASR Control** 24-000182

| | |
|---|---|
| **MEETING DATE:** | 03/26/24 |
| **LEGAL ENTITY TAKING ACTION:** | Board of Supervisors |
| **BOARD OF SUPERVISORS DISTRICT(S):** | All Districts |
| **SUBMITTING AGENCY/DEPARTMENT:** | County Counsel   (Approved) |
| **DEPARTMENT CONTACT PERSON(S):** | Leon J. Page (714) 834-3300 |
| | Nicole A. Sims (714) 834-3300 |

**SUBJECT:** Transparent Review of Unjust Transfers and Holds (TRUTH) Act Community Forum

| CEO CONCUR | COUNTY COUNSEL REVIEW | CLERK OF THE BOARD |
|---|---|---|
| Concur | No Legal Objection | Public Hearing |
| | | 3 Votes Board Majority |

**Budgeted:** N/A        **Current Year Cost:** N/A        **Annual Cost:** N/A

**Staffing Impact:** No        **# of Positions:**        **Sole Source:** N/A
**Current Fiscal Year Revenue:** N/A
 **Funding Source:** N/A        **County Audit in last 3 years:** No
 **Levine Act Review Completed:** N/A
**Prior Board Action:**    3/14/2023 #S38C, 3/22/2022 #S46A, 2/23/2021 #S15C

**RECOMMENDED ACTION(S):**

1. Pursuant to Government Code section 7283.1, conduct public hearing regarding access to individuals that has been provided to Immigration and Customs Enforcement by County law enforcement departments during 2023.

2. Receive and file information from County law enforcement departments regarding Immigration and Customs Enforcement's access to individuals in 2023.

**SUMMARY:**

California's Transparent Review of Unjust Transfers and Holds (TRUTH) Act (Government Code sections 7283 and 7283.1) requires that a Community Forum be held each year, to provide the public with information about what access to individuals had been provided to Immigration and Customs Enforcement by County law enforcement departments during the preceding year.

**EXHIBIT F**

**BACKGROUND INFORMATION:**

In accord with Government Code sections 7283, subdivision (a) and 7283.1, subdivision (d), the Board has held a public hearing at its meetings on February 23, 2021, March 22, 2022, and March 14, 2023, to provide the public with information about what access to individuals had been provided to Immigration and Customs Enforcement (ICE) by County law enforcement departments during the preceding year.

Government Code section 7283, subdivision (d), defines "ICE access" as follows:

"ICE access" means, for the purposes of civil immigration enforcement, including when an individual is stopped with or without their consent, arrested, detained, or otherwise under the control of the local law enforcement agency, all of the following:

(1) Responding to an ICE hold, notification, or transfer request.

(2) Providing notification to ICE in advance of the public that an individual is being or will be released at a certain date and time through data sharing or otherwise.

(3) Providing ICE non-publicly available information regarding release dates, home addresses, or work addresses, whether through computer databases, jail logs, or otherwise.

(4) Allowing ICE to interview an individual.

(5) Providing ICE information regarding dates and times of probation or parole check-ins.

*Sheriff's Department (OCSD)*

Following the enactment of state laws limiting law enforcement agencies' cooperation with ICE except as provided, OCSD implemented a jail policy and created forms to meet the laws' requirements. OCSD's jail policy 1206 (Attachment B) prohibits any transfer of an inmate to ICE's custody unless in accordance with state law. As required by the TRUTH Act, OCSD uses forms by which OCSD requests an inmate's written consent to be interviewed by ICE ("TRUTH Act Interview Consent Form") and also notifies an inmate if the inmate qualifies to be transferred to ICE's custody following the inmate's release from OCSD's custody ("TRUTH Act Notification Form") (Attachment C).

OCSD provided the following information for 2023 (also see Attachment D):

- In calendar year 2023, a total of 547 inmates released from the Orange County Jail had ICE detainers, meaning ICE requested that OCSD notify them when the inmates were being released from local custody. The purpose of this notification is for ICE to meet their responsibility to take the released inmate into their custody. OCSD notified ICE about 302 of those 547 inmates upon the inmates' completion of their time in local custody. Those inmates were all individuals whose criminal convictions met the state law's requirement for transfer to ICE's custody. Of the individuals eligible for notification, 221 were transferred to ICE's custody. With respect to the other 81 individuals who, under state law, were eligible for transfer to ICE, ICE took no action and these individuals were released back into the community. A total of 40 of these individuals were re-arrested for new crimes in Orange County.

- State law prohibited OCSD from notifying ICE of the release of 245 inmates who had ICE detainers. Of the 245 inmates with ICE detainers who were released back into the community, 27 were re-arrested for new crimes in Orange County.

*Probation Department (Probation)*

Probation does not permit ICE to have access to any juvenile in Probation's custody or under Probation's supervision. This is in accord with Welfare and Institutions Code section 831, which prohibits disclosure of juvenile information to federal officials absent a court order from the Juvenile Court.

Probation has briefed its officers about the legal requirements for ICE access to adults. Probation has not had a situation where it has allowed ICE access to an adult in Probation's custody or under Probation's supervision in 2023.

**FINANCIAL IMPACT:**

N/A

**STAFFING IMPACT:**

N/A

**REVIEWING AGENCIES:**

Orange County Sheriff's Department
Orange County Probation Department

**ATTACHMENT(S):**

Attachment A – Government Code sections 7283 and 7283.1; Welfare & Institutions Code section 831
Attachment B – OCSD's Jail Policy Section 1206 (Immigration)
Attachment C – OCSD's Inmate Interview Consent Form and Notification Form
Attachment D – Orange County Jail – Immigration Detainer Data – 2023

**EXHIBIT F**