NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
MICHAEL E. GATES, City Attorney (SBN 258446)
OFFICE OF THE CITY ATTORNEY
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
Tel: (714) 536-5555

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, et al.<br><br>Plaintiff(s), | CASE NUMBER:<br><br>8:25-cv-00026 |
| v.<br>The STATE OF CALIFORNIA, et al.<br><br>Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                          Plaintiffs
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| City of Huntington Beach | Plaintiff |
| Huntington Beach City Council | Plaintiff |
| Huntington Beach Police Department | Plaintiff |
| Huntington Beach Police Chief | Plaintiff |
| State of California | Defendant |
| Gavin Newsom | Defendant |
| Robert Bonta | Defendant |
| DOES 1-50 inclusive | Defendant |

January 7, 2025
Date

/s/ Michael E. Gates
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs