
| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | ANTHONY R. HAKL<br>Supervising Deputy Attorney General |
| 3 | GABRIELLE D. BOUTIN<br>Deputy Attorney General |
| 4 | State Bar No. 267308<br>  1300 I Street, Suite 125 |
| 5 |   P.O. Box 944255<br>  Sacramento, CA 94244-2550 |
| 6 |   Telephone:  (916) 210-6053<br>  Fax:  (916) 324-8835 |
| 7 |   E-mail:  Gabrielle.Boutin@doj.ca.gov |
| 8 | *Attorneys for Defendants State of California, Governor Gavin Newsom, in his official capacity,* |
| 9 | *and Attorney General Rob Bonta, in his official capacity* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF HUNTINGTON BEACH, a California Charter City, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF, in his official capacity as Chief of Police,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA in his official capacity as Attorney General of the State of California,**<br><br>Defendants. | 8:25-cv-00026<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L. R. 8-3)**<br><br>Complaint served:     January 14, 2025<br>Current response date: February 4, 2025<br>New response date:    March 6, 2025<br><br>Judge:        Hon. Sunshine S. Sykes<br>Trial Date:   None set<br>Action Filed: 1/07/2025 |

In accordance with Local Rule 8-3, Plaintiffs City of Huntington Beach, Huntington Beach City Council, Huntington Beach Police Department, and the Huntington Beach Police Chief, in his official capacity, and Defendants State of California, Governor Gavin Newson, in his official capacity, and Attorney General Rob Bonta, in his official capacity, (collectively, the "Parties") hereby stipulate to extend Defendants' time to file a response to Plaintiffs' Complaint for Declaratory and Injunctive Relief ("Complaint"), ECF No. 1, as follows:

WHEREAS, Plaintiffs filed the Complaint on January 7, 2025;

WHEREAS, the Parties agree that Plaintiffs duly served Defendants State of California and Attorney General Bonta with the Summons and Complaint on January 14, 2024;

WHEREAS, the Parties agree that Defendant Governor Newsom has consented for the California Attorney General's Office to accept service of the Summons and Complaint on his behalf, and such service shall be deemed effective as of January 14, 2024;

WHEREAS, Defendants' response to the Complaint is currently due on February 4, 2025;

WHEREAS, Defendants have requested, and Plaintiffs have agreed to, additional time to file a response to the Complaint;

NOW THEREFORE,

Plaintiffs and Defendants agree to extend the time for Defendants to file a response to the Complaint by 30 days, so that the response is now due on March 6, 2025.

| | | |
|---|---|---|
| 1 | Dated: January 21, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | ANTHONY R. HAKL |
| 4 | | Supervising Deputy Attorney General |
| 5 | | |
| 6 | | *s/ Gabrielle D. Boutin* |
| | | GABRIELLE D. BOUTIN |
| 7 | | Deputy Attorney General |
| | | *Attorneys for Defendants* |
| 8 | | |
| 9 | | |
| 10 | Dated: January 21, 2025 | MICHAEL E. GATES, City Attorney |
| 11 | | |
| 12 | | *s/ Michael E. Gates* |
| | | Michael E. Gates, City Attorney |
| 13 | | *Attorney for Plaintiffs* |

### FILER'S ATTESTATION (L. R. 5-4.3.4(a)(2))

I, Gabrielle D. Boutin, hereby attest in accordance with Local Rule 5-4.3.4(a)(2) that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 21, 2025                  */s/ Gabrielle D. Boutin*

                                          Gabrielle D. Boutin

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | *City of Huntington Beach, et al. v. The State of California, et al.* | Case Number: | *8:25-cv-00026* |

I hereby certify that on January 22, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L. R. 8-3)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 22, 2025, at Los Angeles, California.

| Dora Mora | *Dora Mora* |
|---|---|
| Declarant | Signature |

SA2025300103