James K. Rogers
America First Legal Foundation
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CITY OF HUNTINGTON BEACH, a California Charter City, et al.

v.

The STATE OF CALIFORNIA, et al.

Plaintiff(s)

Defendant(s).

CASE NUMBER

8:25-cv-00026

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Rogers, James K.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 964-3721
*Telephone Number*     *Fax Number*

james.rogers@aflegal.org
*E-Mail Address*

of

America First Legal Foundation
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

CITY OF HUNTINGTON BEACH, a California Charter City, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF, in his official capacity as Chief of Police,

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ Other: _____

**and designating as Local Counsel**

Vigliotta, Michael J.
*Designee's Name (Last Name, First Name & Middle Initial)*

207630              (714) 536-5555
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

MVigliotta@surfcity-hb.org
*E-Mail Address*

of

Office of the City Attorney for Huntington Beach
2000 Main Street
P.O. Box 190
Huntington Beach, CA 92648

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____                                    _____
                                                 U.S. District Judge/U.S. Magistrate Judge