MICHAEL J. Vigliotta, City Attorney (SBN 207630)
Office of the City Attorney
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
(714) 536-5555
MVigliotta@surfcity-hb.org

James K. Rogers
America First Legal Foundation
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003
(202) 964-3721
James.Rogers@aflegal.org

Attorneys for Plaintiffs
CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF, in his official capacity as Chief of Police,<br><br>Plaintiffs,<br><br>v.<br><br>The STATE OF CALIFORNIA, GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA in | CASE NO. 8:25-cv-00026-SSS-PD<br>**NOTICE OF LODGING FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

1

his official capacity as Attorney General of the State of California; and
DOES 1-50, inclusive,

      Defendants.

Pursuant to Fed. R. Civ. P. 15(a)(1) and also pursuant to this Court's Civil Standing Order, the Plaintiffs hereby provide notice of their lodging of their First Amended Complaint as a matter of course, which the Plaintiffs have filed. The First Amended Complaint is also attached hereto as Exhibit 1. Attached as Exhibit 2 is a redlined version of the complaint that shows all additions and deletions of material.

DATED: March 5, 2025      MICHAEL J. Vigliotta, City Attorney

      By:  /s/ *Michael J. Vigliotta* (with permission)
           Michael J. Vigliotta
           *City Attorney*
           City of Huntington Beach

      By:  /s/ *James Rogers*
           James K. Rogers
           *Senior Counsel*
           America First Legal Foundation

           Attorneys for Plaintiffs
           CITY OF HUNTINGTON BEACH, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF