1  ROB BONTA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  GABRIELLE D. BOUTIN
   Deputy Attorney General
4  State Bar No. 267308
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-6053
    Fax: (916) 324-8835
7   E-mail: Gabrielle.Boutin@doj.ca.gov
   *Attorneys for Defendants State of California,*
8  *Governor Gavin Newsom, in his official capacity,*
   *and Attorney General Rob Bonta, in his official*
9  *capacity*

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF HUNTINGTON BEACH, a California Charter City, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF, in his official capacity as Chief of Police,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA in his official capacity as Attorney General of the State of California,**<br><br>Defendants. | 8:25-cv-00026<br><br>**STIPULATION AND JOINT REQUEST FOR AN ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Judge:         Hon. Sunshine S. Sykes<br>Trial Date:    None set<br>Action Filed: 1/07/2025 |

In accordance with Local Rule 7-1, Plaintiffs City of Huntington Beach, Huntington Beach City Council, Huntington Beach Police Department, and the Huntington Beach Police Chief, in his official capacity, and Defendants State of California, Governor Gavin Newson, in his official capacity, and Attorney General Rob Bonta, in his official capacity, (collectively, the "Parties") hereby stipulate and ask the Court to enter an order setting a briefing schedule and hearing date on Defendants' forthcoming motion to dismiss the First Amended Complaint, ECF No. 15 ("FAC"), as follows:

WHEREAS, Plaintiffs filed the FAC on March 5, 2025;

WHEREAS, Defendants' current deadline to respond to the FAC is March 19, 2025, in accordance with Rule 15(a)(3) of the Federal Rules of Civil Procedure;

WHEREAS, Defendants desire additional time to prepare their motion to dismiss the FAC due to new allegations and claims that Plaintiffs have added to the original Complaint;

WHEREAS, Plaintiffs desire additional time to prepare their opposition to Defendants' motion to dismiss the FAC;

WHEREAS, the Parties have conferred and agreed to a briefing schedule and hearing date for the motion to dismiss the FAC;

NOW THEREFORE,

The Parties have agreed to and ask the Court to enter an order extending Defendants' time to respond to the FAC and adopting the following briefing schedule and hearing date for Defendants' motion to dismiss the FAC:

Motion due:     April 3, 2025;
Oppositions due:    May 1, 2025;
Replies due:    May 15, 2025;
Hearing date:   June 6, 2025.

| | |
|---|---|
| Dated: March 17, 2025 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>ANTHONY R. HAKL<br>Supervising Deputy Attorney General<br><br><br>*s/ Gabrielle D. Boutin*<br>GABRIELLE D. BOUTIN<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: March 17, 2025 | *s/ James K. Rogers*<br>James K. Rogers<br>*Senior Counsel*<br>America First Legal Foundation<br>*Attorney for Plaintiffs* |

### **FILER'S ATTESTATION (L. R. 5-4.3.4(a)(2))**

I, Gabrielle D. Boutin, hereby attest in accordance with Local Rule 5-4.3.4(a)(2) that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: March 17, 2025 | */s/* Gabrielle D. Boutin<br>Gabrielle D. Boutin |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | ***City of Huntington Beach, et al. v. The State of California, et al.*** | Case Number: | ***8:25-cv-00026*** |

I hereby certify that on March 17, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L. R. 8-3)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 17, 2025, at Los Angeles, California.

| | |
|---|---|
| Cecilia Apodaca | */s/ Cecilia Apodaca* |
| Declarant | Signature |

SA2025300103