IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF HUNTINGTON BEACH, a California Charter City, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF, in his official capacity as Chief of Police,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA in his official capacity as Attorney General of the State of California,**<br><br>Defendants. | 8:25-cv-00026<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Judge:         Hon. Sunshine S. Sykes<br>Trial Date:   None set<br>Action Filed: 1/07/2025 |

On March 17, 2025, the parties filed a Stipulation and Joint Request for an Order Setting Briefing Schedule on Defendants' Motion to Dismiss First Amended Complaint ("Stipulation"). Defendants' current deadline to file a response to the First Amended Complaint, ECF No. 15 ("FAC"), is March 19, 2025. In the Stipulation, the parties have agreed to a briefing schedule and hearing date for Defendants' forthcoming motion to dismiss the FAC.

Having reviewed the Stipulation and good cause appearing, the Court hereby adopts the briefing and hearing schedule in the parties' Stipulation. The Court ORDERS that Defendants' time to respond to the FAC is extended and that the

briefing schedule and hearing on their motion to dismiss the FAC shall be as follows:

- Defendants' motion to dismiss the FAC is due on April 3, 2025;
- Plaintiffs' opposition is due on May 1, 2025;
- Defendants' reply, if any, is due on May 15, 2025;
- The hearing on the motion is set for June 6, 2025, at 2:00 p.m. via Zoom.

**IT IS SO ORDERED.**

Dated:_____          _____
                                        Honorable Sunshine S. Sykes
                                        United States District Judge

## CERTIFICATE OF SERVICE

Case Name: **Peace and Freedom Party, et al. v. Dr. Shirley N. Weber**   No.   **3:24-cv-08308-MMC**

I hereby certify that on <u>March 17, 2025,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 17, 2025, at Los Angeles, California.

| Cecilia Apodaca | /s/ Cecilia Apodaca |
|---|---|
| Declarant | Signature |

SA2024305451
67398269.docx