IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF HUNTINGTON BEACH, a California Charter City, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF, in his official capacity as Chief of Police,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA in his official capacity as Attorney General of the State of California,**<br><br>Defendants. | 8:25-cv-00026-SSS-PDx<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Judge:        Hon. Sunshine S. Sykes<br>Trial Date:   None set<br>Action Filed: 1/07/2025 |

On March 17, 2025, the parties filed a Stipulation and Joint Request for an Order Setting Briefing Schedule on Defendants' Motion to Dismiss First Amended Complaint ("Stipulation"). Defendants' current deadline to file a response to the

First Amended Complaint, ECF No. 15 ("FAC"), is March 19, 2025. In the Stipulation, the parties have agreed to a briefing schedule and hearing date for Defendants' forthcoming motion to dismiss the FAC.

Having reviewed the Stipulation and good cause appearing, the Court hereby adopts the briefing and hearing schedule in the parties' Stipulation. The Court ORDERS that Defendants' time to respond to the FAC is extended and that the briefing schedule and hearing on their motion to dismiss the FAC shall be as follows:

- Defendants' motion to dismiss the FAC is due on April 3, 2025;
- Plaintiffs' opposition is due on May 1, 2025;
- Defendants' reply, if any, is due on May 15, 2025;
- The hearing on the motion is set for June 6, 2025, at 2:00 p.m. via Zoom.

**IT IS SO ORDERED.**

Dated: March 19, 2025

_____
Honorable Sunshine S. Sykes
United States District Judge