ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
MARIA F. BUXTON
Deputy Attorneys General
State Bar No. 318563
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3873
  E-mail:  Maria.Buxton@doj.ca.gov
*Attorneys for Defendants State of California, Governor Gavin Newsom, in his official capacity, and Attorney General Rob Bonta, in his official capacity*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF HUNTINGTON BEACH, a California Charter City, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF, in his official capacity as Chief of Police,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA in his official capacity as Attorney General of the State of California,**<br><br>Defendants. | Case No. 8:25-cv-00026-SSS-PDx<br><br>**STIPULATION AND JOINT REQUEST TO (1) VACATE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT, AND (2) EXTEND DEFENDANTS' TIME RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge:     Hon. Sunshine S. Sykes<br>Trial Date:  None set<br>Action Filed: 1/07/2025 |

In accordance with Local Rule 7-1, Plaintiffs City of Huntington Beach, Huntington Beach City Council, Huntington Beach Police Department, and the Huntington Beach Police Chief, in his official capacity, and Defendants State of California, Governor Gavin Newson, in his official capacity, and Attorney General Rob Bonta, in his official capacity, (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiffs filed the First Amended Complaint in this action ("FAC") on March 5, 2025;

WHEREAS, in accordance with the Parties' previous stipulation, on March 19, 2025, this Court issued an Order setting a briefing schedule and hearing date for Defendants' motion to dismiss the FAC, ECF No. 18 ("Order Setting Briefing Schedule");

WHEREAS, under the Order Setting Briefing Schedule, Defendants' deadline to file their motion to dismiss the FAC is currently April 3, 2025;

WHEREAS, Plaintiffs intend to seek leave to amend the FAC and informed Defendants of this intention on March 27, 2025 during the Parties' attorneys' Local Rule 7-3 conference regarding the substance of Defendants' motion to dismiss the FAC;

WHEREAS, Defendants require additional time to prepare a proposed Second Amended Complaint and the Defendants will then require time to consider the proposed Second Amended Complaint and whether to stipulate to its filing;

WHEREAS, proceedings on Plaintiffs' forthcoming request to file a Second Amended Complaint would likely require a pause in proceedings on Defendant's motion to dismiss the FAC, and potentially moot the motion;

NOW THEREFORE,

The Parties have agreed to and hereby do ask the Court to enter an Order (1) vacating the briefing schedule and hearing date set in the Order Setting Briefing

Schedule, ECF No. 18, and (2) extending Defendants' deadline to respond to the FAC for thirty (30) days.

Dated:  March 28, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General

*s/ Maria F. Buxton*
MARIA F. BUXTON
Deputy Attorney General
*Attorneys for Defendants*

Dated:  March 28, 2025

*s/ James K. Rogers*
James K. Rogers
*Senior Counsel*
America First Legal Foundation
*Attorney for Plaintiffs*

### **FILER'S ATTESTATION (L. R. 5-4.3.4(a)(2))**

I, Maria Buxton hereby attest in accordance with Local Rule 5-4.3.4(a)(2) that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 28, 2025

*/s/ Maria Buxton*

Maria Buxton

# CERTIFICATE OF SERVICE

Case Name:   *City of Huntington Beach, et al. v. The State of California, et al.*
Case No.:    **8:25-cv-00026-SSS-PDx**

I hereby certify that on <u>March 28, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **STIPULATION AND JOINT REQUEST TO (1) VACATE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT, AND (2) EXTEND DEFENDANTS' TIME RESPOND TO FIRST AMENDED COMPLAINT**

2. **[PROPOSED] ORDER VACATING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND EXTENDING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

This declaration was executed on <u>March 28, 2025</u>, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|---|---|
| Declarant | Signature |