IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF HUNTINGTON BEACH, a California Charter City, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF, in his official capacity as Chief of Police,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA in his official capacity as Attorney General of the State of California,**<br><br>Defendants. | Case No. 8:25-cv-00026-SSS-PDx<br><br>**ORDER VACATING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND EXTENDING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge:        Hon. Sunshine S. Sykes<br>Trial Date:   None set<br>Action Filed: 1/07/2025 |

1

On March 19, 2025, in accordance with the parties' previous stipulation, the Court issued an Order setting a briefing schedule and hearing date for Defendants' motion to dismiss the First Amended Complaint ("FAC"), ECF No. 18 ("Order Setting Briefing Schedule"). Under that Order, Defendants' current deadline to respond to the FAC is April 3, 2025.

On March 28, 2025, the parties filed a Stipulation and Joint Request to (1) Vacate Briefing Schedule on Defendants' Motion to dismiss First Amended Complaint, and (2) Extend Defendants' Time to Respond to First Amended Complaint ("Stipulation"). The parties explain in the Stipulation that Plaintiffs now intend to seek leave to file a Second Amended Complaint. The parties submit that they require additional time for Plaintiffs to prepare the Second Amended Complaint and for Defendants to consider whether to stipulate to its filing. The parties therefore ask the Court to vacate the briefing schedule and hearing date in the Order Setting Briefing Schedule and extend Defendants' deadline to respond to the FAC for thirty days.

Having reviewed the Stipulation and good cause appearing, the Court hereby **ORDERS** that:

(1) The briefing schedule and hearing date ordered in the Court's March 19, 2025 Order, ECF No. 18, is hereby VACATED; and,

(2) Defendants' deadline to respond to the First Amended Complaint shall be due thirty (30) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: April 1, 2025

Honorable Sunshine S. Sykes
United States District Judge

2