1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10
11   CITY OF HUNTINGTON                    Case No: 8:25-cv-00026-SSS-PD
     BEACH, a California Charter
12   City, HUNTINGTON BEACH
     CITY COUNCIL, HUNTINGTON             **[PROPOSED] ORDER GRANTING**
13   BEACH POLICE DEPARTMENT,             **DEFENDANT-INTERVENOR**
     and the HUNTINGTON BEACH             **NDLON'S OPPOSED MOTION TO**
14   POLICE CHIEF, in his official        **INTERVENE**
     capacity as Chief of Police,
15
                     Plaintiffs,
16
           v.
17
     The STATE OF CALIFORNIA,
18   GAVIN NEWSOM, in his official
     capacity as Governor of the State
19   of California; ROBERT BONTA in
     his official capacity as Attorney
20   General of the State of California;
     and DOES 1-50, inclusive,
21
                     Defendants.
22
23   and
24
25   THE NATIONAL DAY LABORERS
     ORGANIZING NETWORK,
26
            Proposed Defendant-Intervenors.
27
28

-1-

On April 17, 2025, Proposed Defendant-Intervenor NDLON filed its opposed motion to intervene. (Docket Entry No. 22). The Court, having considered the papers submitted in connection with said motion, and such other relevant information and evidence as was presented to this Court, and good cause appearing,

IT IS HEREBY ORDERED that:

(1) Movants' Motion for Leave to Intervene is GRANTED;

(2) Movants be entered as Defendant–Intervenors and their counsel served with all relevant papers in the above-captioned action; and

(3) The Clerk of Court shall docket Movants' Answer to Plaintiffs' Complaint, attached as Exhibit 1 to Movants' Motion for Leave to Intervene.

IT IS SO ORDERED on this _____ day of _____, 2025.

_____
Hon. Sunshine S. Sykes
United States District Court Judge