Thomas A. Saenz (Cal. Bar No. 159430)
Ernest I. Herrera (Cal. Bar. No. 335032)
Eduardo Casas (Cal. Bar. No. 346859)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email:      tsaenz@maldef.org
            eherrera@maldef.org
            ecasas@maldef.org

*Attorneys for [proposed] Defendant-Intervenor*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF, in his official capacity as Chief of Police,<br><br>                    Plaintiffs,<br><br>    v.<br><br>The STATE OF CALIFORNIA, GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA in his official capacity as Attorney General of the State of California; and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No: 8:25-cv-00026-SSS-PD<br><br>**DECLARATION OF EDUARDO CASAS IN SUPPORT OF PROPOSED DEFENDANT-INTERVENOR'S OPPOSED MOTION TO INTERVENE**<br><br>Hon. Sunshine S. Sykes<br><br>Action Filed: January 7, 2025<br>Trial Date: None Set<br>Hearing Date: June 20, 2025<br>Time: 2:00 p.m. |

## **Declaration of Eduardo Casas**

I, Eduardo Casas, declare under penalty of perjury as follows:

1.    I am over 18 years of age and make this declaration of my own personal knowledge.

2.    I am a Staff Attorney at the Mexican American Legal Defense and Educational Fund ("MALDEF"), a non-profit public-interest law firm, in the Western Regional Office based in Los Angeles, California.

3.    I am one of the attorneys for Proposed Defendant-Intervenors in the above-captioned matter alongside Ernest Herrera and Thomas Saenz.

4.    On February 21, 2025 Ernest and I had a telephonic conference with Gabrielle Boutin, Deputy Attorney General at the California Department of Justice representing the State Defendants in the above-captioned matter, and informed her of our intention to file a motion to intervene as defendants. We were informed that the Attorney General's Office would oppose the motion to intervene.

5.    On February 26, 2025 Ernest and I had a virtual conference with James Rogers, counsel for Plaintiffs in the above-captioned matter. We were informed that Plaintiffs would also oppose the motion to intervene.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge except those matters stated on information and belief and, as to those matters, I believe them to be true. If called as a witness, I could competently testify thereto.

DECLARATION OF EDUARDO CASAS                                    CASE NO: 8:25-cv-00026-SSS-PD

1

2  Executed on April 17, 2025 at Los Angeles, California.

3

4   Respectfully submitted,                    **MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

5

6                                              */s/ Eduardo Casas*

7                                              Eduardo Casas
                                               Thomas A. Saenz
                                               Ernest I. Herrera

8                                              *Attorneys for [Proposed] Defendant-Intervenor*

9

10

11

12

13

14

15

16

17

18

19

20

21

**DECLARATION OF EDUARDO CASAS**                    CASE NO: 8:25-cv-00026-SSS-PD