Thomas A. Saenz (Cal. Bar No. 159430)
Ernest I. Herrera (Cal. Bar No. 335032)
Eduardo Casas (Cal. Bar No. 346859)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email:      tsaenz@maldef.org
       eherrera@maldef.org
       ecasas@maldef.org

*Attorneys for [proposed] Defendant-Intervenor*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF, in his official capacity as Chief of Police,<br><br>Plaintiffs,<br><br>v.<br><br>The STATE OF CALIFORNIA, GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA in his official capacity as Attorney General of the State of California; and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 8:25-cv-00026-SSS-PD<br><br>**DECLARATION OF CHRIS NEWMAN IN SUPPORT OF PRPOSED DEFENDANT-INTERVENOR'S OPPOSED MOTION TO INTERVENE**<br><br>Hon. Sunshine S. Sykes<br><br>**Action Filed:** January 7, 2025<br>**Trial Date:** None Set<br>**Hearing Date:** June 20, 2025<br>**Time:** 2:00 p.m. |

**Declaration of Chris Newman**

I, Chris Newman, declare under penalty of perjury as follows:

1. I am over 18 years of age and make this declaration of my own personal knowledge.

2. I am the Legal Director & General Counsel for the National Day Laborer Organizing Network (NDLON) based in Los Angeles. I have worked with day laborers since 2002, helping develop and coordinate NDLON's work to defend and advance day laborers' civil, workplace, and human rights.

3. NDLON is an incorporated non-profit organization with 501(c)(3) tax-exempt status, and of limited assets.

4. NDLON is a nationwide coalition of day laborers and the agencies that work with day laborers. The aims of the coalition include advocating for laws that improve the lives of day laborers, migrants, and low-wage workers. I personally have worked with and have had personal conversations with hundreds of day laborers. Nationally, NDLON has 36 member organizations and is affiliated with 35 worker centers.

5. NDLON has 17 member organizations in California, some of which are themselves member organizations. NDLON has about 3,600 day-laborer members throughout California. El Centro Cultural De Mexico is an NDLON member that operates in Orange County. The Pasadena Community Job Center is an

**DECLARATION OF CHRIS NEWMAN**　　　　　　　　　　　　　　　CASE NO: 8:25-cv-00026-SSS-PD

organizational member run by individual NDLON members that operates within the charter city of Pasadena.

6. NDLON member organizations play a vital role in supporting workers and the broader immigrant community. Many are community-based organizations that provide a safe and organized space where day laborers (jornaleros) can seek work, learn about their rights, and connect with resources. Workers can get help with labor and immigration issues, like understanding their rights if confronted by ICE or if facing instances of wage theft. Other organizations foster leadership, encouraging workers to lead efforts for better conditions and community empowerment. Workers also receive guidance on how to respond to workplace discrimination or injury. In times of natural disasters like wildfires or floods, day laborer centers often organize brigades for cleanup and recovery, which places them in contact with first responders.

7. As part of its mission, NDLON advocated for the passage and expansion of the California Values Act. NDLON was involved in every aspect of the development of and advocacy for the CVA. NDLON drafted the initial language that the bill was based on, argued against amendments to attenuate its provisions, and ultimately accepted lesser protections based on Governor Brown's threat of veto. Governor Newsom similarly threatened to veto efforts to expand the CVA. NDLON further participated in the CVA's defense by submitting an amicus brief in its support after the Trump administration challenged it in federal court in 2017.

**DECLARATION OF CHRIS NEWMAN**　　　　　　　　　　　　CASE NO: 8:25-cv-00026-SSS-PD

8. NDLON and its members have significantly benefited from the California Values Act as members are able to interact with police and sheriffs without fear of deportation thereby allowing it to focus on other critical areas of work. NDLON has also been able to co-lead the ICE out of CA coalition.

9. NDLON has commissioned various studies that have found that immigrant populations are less likely to seek the assistance of state law enforcement or cooperate with criminal investigations without the protection of statutes like the California Values Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge except those matters stated on information and belief and, as to those matters, I believe them to be true. If called as a witness, I could competently testify thereto.

Executed on April 17, 2025 at Los Angeles, California.

| Respectfully submitted, | **NATIONAL DAY LABORER ORGANIZING NETWORK** |
|---|---|
| | */s/ Chris Newman* |
| | Chris Newman |