UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF, in his official capacity as Chief of Police,<br><br>  Plaintiffs,<br><br>v.<br><br>The STATE OF CALIFORNIA, GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA in his official capacity as Attorney General of the State of California; and DOES 1-50, inclusive,<br><br>  Defendants.<br><br>and<br><br>THE NATIONAL DAY LABORERS ORGANIZING NETWORK,<br><br>  Proposed Defendant-Intervenors. | Case No: 8:25-cv-00026-SSS-PD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENOR NDLON'S OPPOSED MOTION TO INTERVENE (Doc. 24)** |

-1-

On April 24, 2025, Proposed Defendant-Intervenor NDLON filed its amended opposed motion to intervene. (Docket Entry No. 24). The Court, having considered the papers submitted in connection with said motion, and such other relevant information and evidence as was presented to this Court, and good cause appearing,

IT IS HEREBY ORDERED that:

(1) Movants' Motion for Leave to Intervene is GRANTED;

(2) Movants be entered as Defendant–Intervenors and their counsel served with all relevant papers in the above-captioned action; and

(3) The Clerk of Court shall docket Movants' Answer to Plaintiffs' Complaint, attached as Exhibit 1 to Movants' Motion for Leave to Intervene.

IT IS SO ORDERED on this _____ day of _____, 2025.

_____
Hon. Sunshine S. Sykes
United States District Court Judge