| | |
|---|---|
| MICHAEL J. Vigliotta<br>City Attorney (SBN 207630)<br>Office of the City Attorney<br>2000 Main Street, P.O. Box 190<br>Huntington Beach, CA 92648<br>(714) 536-5555<br>MVigliotta@surfcity-hb.org | James K. Rogers<br>America First Legal Foundation<br>611 Pennsylvania Ave., SE #231<br>Washington, D.C. 20003<br>(202) 964-3721<br>James.Rogers@aflegal.org |

Attorneys for Plaintiffs CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, the HUNTINGTON BEACH POLICE CHIEF, and RIVERSIDE COUNTY SHERIFF CHAD BIANCO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF, in his official capacity as Chief of Police,<br><br>      Plaintiffs,<br><br>      v.<br><br>The STATE OF CALIFORNIA, GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA in his official capacity as Attorney General of the State of California; and DOES 1-50, inclusive,<br><br>      Defendants. | CASE NO. 8:25-cv-00026-SSS-PD<br>**STIPULATION TO AMEND THE FIRST AMENDED COMPLAINT AND JOINT REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Judge:     Hon. Sunshine S. Sykes<br>Trial Date:  None set<br>Action Filed:  1/07/2025 |

1   In accordance with Fed R. Civ. P. 15(a)(2), and Local Rules 7-1 and
2 15-1, the Plaintiffs and Defendants hereby stipulate as follows:
3   WHEREAS, Plaintiffs filed the First Amended Complaint in this ac-
4 tion ("FAC") on March 5, 2025;
5   WHEREAS, in accordance with the Parties' stipulation, on April 1,
6 2025, this Court issued an Order setting a briefing schedule and hearing
7 date for Defendants' motion to dismiss the FAC, ECF No. 18 ("Order Set-
8 ting Briefing Schedule");
9   WHEREAS, in accordance with the Parties' additional stipulation
10 stating that the Plaintiffs intended to seek leave to file a Second Amended
11 Complaint ("SAC"), on April 1, 2025, this Court issued an Order extending
12 by thirty days the deadline for Defendants' motion to dismiss the FAC,
13 ECF No. 21 ("Order Vacating Briefing Schedule");
14   WHEREAS, under the Order Vacating Briefing Schedule, the De-
15 fendants' deadline to file their motion to dismiss the FAC is currently May
16 1, 2025;
17   WHEREAS, the proposed SAC is attached hereto as Exhibit 1 in fi-
18 nal form and as Exhibit 2 in redline form;
19   WHEREAS, the Defendants have reviewed the Plaintiffs' proposed
20 SAC and consent its filing; and
21   WHEREAS, the parties have stipulated that the Defendants may
22 have 30 days to respond to the SAC, calculated from the date the SAC is
23 filed.
24   NOW THEREFORE,
25   The Parties have agreed to and hereby do ask the Court to enter an
26 Order (1) granting leave for the Plaintiffs to file the attached proposed
27 SAC, and (2) extending the Defendants' deadline to respond to the SAC to
28 thirty (30) days after the date the SAC is filed.

| | | |
|---|---|---|
| DATED: April 30, 2025 | | MICHAEL J. Vigliotta, City Attorney |

                              By:    /s/ *James Rogers*
                                             James K. Rogers
                                             *Senior Counsel*
                                             America First Legal Foundation

                                             Attorney for Plaintiffs


                                             ROB BONTA
                                             Attorney General of California
                                             ANTHONY R. HAKL
                                             Supervising Deputy Attorney General
                                             GABRIELLE D. BOUTIN
                                             Deputy Attorney General

                                             s/ *Gabrielle D. Boutin*
                                             GABRIELLE D. BOUTIN
                                             Deputy Attorney General
                                             Attorneys for Defendants

## FILER'S ATTESTATION (L. R. 5-4.3.4(a)(2))

I, James Rogers hereby attest in accordance with Local Rule 5-4.3.4(a)(2) that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 30, 2025                                 */s/ James Rogers*
                                                       James Rogers