IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF HUNTINGTON BEACH, a California Charter City, HUNTINGTON BEACH CITY COUNCIL, HUNTINGTON BEACH POLICE DEPARTMENT, and the HUNTINGTON BEACH POLICE CHIEF, in his official capacity as Chief of Police,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA in his official capacity as Attorney General of the State of California,**<br><br>Defendants. | 8:25-cv-00026<br><br>**[PROPOSED] ORDER GRANTING LEAVE FOR THE PLAINTIFFS TO FILE THEIR SECOND AMENDED COMPLAINT AND EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Judge:        Hon. Sunshine S. Sykes<br>Trial Date:  None set<br>Action Filed: 1/07/2025 |

On April 1, 2025, in accordance with the Parties' stipulation stating that the Plaintiffs intended to seek leave to file a Second Amended Complaint ("SAC"), this Court issued an Order that, among other things, extended by thirty days the deadline for Defendants to respond to the First Amended Complaint. ("Order Vacating Briefing Schedule"). ECF No. 21.  Under that Order, Defendants' current deadline to respond to the FAC is May 1, 2025.

On April 30, 2025, the parties filed a Stipulation to Amend the First Amended Complaint and Joint Request to Extend Defendants' Time to Respond to the Second Amended Complaint.   In that Stipulation, the Defendants consent to the Plaintiffs' filing of the proposed SAC, and the parties agree that the Defendants require

additional time to file their response to the SAC. The parties therefore ask the Court to grant leave for the Plaintiffs to file the SAC and extend Defendants' deadline to respond to the SAC to thirty (30) days after the SAC has been filed.

Having reviewed the Stipulation and good cause appearing, the Court hereby **ORDERS** that:

(1) The Plaintiffs are granted leave to file their proposed Second Amended Complaint, which they shall promptly hereafter file as a separate document in the Court's CM/ECF System; and,

(2) Defendants' deadline to respond to the Second Amended Complaint shall be thirty (30) days from the date the SAC is filed.

**IT IS SO ORDERED.**

Dated:_____   _____
                                                                Honorable Sunshine S. Sykes
                                                                United States District Judge