# Exhibit A

# ORANGE COUNTY BOARD OF SUPERVISORS
## MINUTE ORDER
### April 23, 2019

*Submitting Agency/Department:* County Counsel

Pursuant to Government Code Section 7283.1, conduct public hearing regarding Transparent Review of Unjust Transfers and Holds (TRUTH) Act and receive and file information from County law enforcement departments regarding Immigration and Customs Enforcement's access to individuals in 2018 - All Districts

*The following is action taken by the Board of Supervisors:*
APPROVED AS RECOMMENDED ☒    OTHER ☐

**Unanimous** ☒ (1) DO: **Y** (2) STEEL: **Y** (3) WAGNER: **Y** (4) CHAFFEE: **Y** (5) BARTLETT: **Y**
*Vote Key: Y=Yes; N=No; A=Abstain; X=Excused; B.O.=Board Order*

Documents accompanying this matter:

☐ Resolution(s)
☐ Ordinances(s)
☐ Contract(s)

Item No. S49C

Special Notes:

Copies sent to:

CoCo – Nicole Sims

4/25/19



I certify that the foregoing is a true and correct copy of the Minute Order adopted by the Board of Supervisors, Orange County, State of California.
Robin Stieler, Clerk of the Board

By: _____
       Deputy

1

**EXHIBIT A**



# County Executive Office
## Memorandum

April 16, 2019

**To:** Clerk of the Board of Supervisors

**From:** Frank Kim, County Executive Officer

**Subject:** Exception to Rule 21

S49C

The County Executive Office is requesting a Supplemental Agenda Staff Report (ASR) for the April 23, 2019, Board Hearing Meeting.

**Agency:** County Counsel
**Subject:** Transparent Review of Unjust Transfers and Holds (TRUTH) Act Community Forum
**Districts:** All Districts

**Reason for supplemental:** Conducting the public hearing and receiving and filing information regarding access to individuals that has been provided to Immigration and Customs Enforcement by County law enforcement departments during 2018 will meet the requirements of California's Transparent Review of Unjust Transfers and Holds (TRUTH) Act, Government Code sections 7283 and 7283.1.

Concur: _____
Chairwoman Lisa Bartlett, Supervisor, Fifth District

cc: Board of Supervisors
    County Executive Office
    County Counsel

**EXHIBIT A**

Agenda Item _S49C_
Clerk's Use Only

# SUPPLEMENTAL AGENDA ITEM
# AGENDA STAFF REPORT



**MEETING DATE:** 4/23/19

**LEGAL ENTITY TAKING ACTION:** Board of Supervisors

**BOARD OF SUPERVISORS DISTRICT(S):** All Districts

**SUBMITTING AGENCY/DEPARTMENT:** County Counsel

**DEPARTMENT HEAD REVIEW:** _[signature]_ Department Head Signature

**DEPARTMENT CONTACT PERSON(S):** Leon J. Page (714) 834-3300
Nicole A. Sims (714) 834-3319

**SUBJECT:** Transparent Review of Unjust Transfers and Holds (TRUTH) Act Community Forum

| CEO CONCUR | COUNTY COUNSEL REVIEW | CLERK OF THE BOARD |
|---|---|---|
| _[signature]_ CEO Signature | no legal objection _[signature]_ Action County Counsel Signature | Public Hearing 3 Votes Board Majority |

**Budgeted:** N/A      **Current Year Cost:** N/A      **Annual Cost:** N/A

**Staffing Impact:** N/A      **# of Positions:**      **Sole Source:** N/A
**Current Fiscal Year Revenue:** N/A
**Funding Source:** N/A      **County Audit in last 3 years** N/A

**Prior Board Action:** 12/04/2018 #S40A

## RECOMMENDED ACTION(S)

1. Pursuant to Government Code section 7283.1, conduct public hearing regarding access to individuals that has been provided to Immigration and Customs Enforcement by County law enforcement departments during 2018.

2. Receive and file information from County law enforcement departments regarding Immigration and Customs Enforcement's access to individuals in 2018.

## SUMMARY:

California's Transparent Review of Unjust Transfers and Holds (TRUTH) Act (Government Code sections 7283 and 7283.1) requires that a Community Forum be held each year, to provide the public with information about what access to individuals had been provided to Immigration and Customs Enforcement by County law enforcement departments during the preceding year.

Page 1

**EXHIBIT A**

**BACKGROUND INFORMATION:**

Government Code section 7283, subdivision (d), defines "ICE access" as follows:

> "ICE access" means, for the purposes of civil immigration enforcement, including when an individual is stopped with or without their consent, arrested, detained, or otherwise under the control of the local law enforcement agency, all of the following:
> (1) Responding to an ICE hold, notification, or transfer request.
> (2) Providing notification to ICE in advance of the public that an individual is being or will be released at a certain date and time through data sharing or otherwise.
> (3) Providing ICE non-publicly available information regarding release dates, home addresses, or work addresses, whether through computer databases, jail logs, or otherwise.
> (4) Allowing ICE to interview an individual.
> (5) Providing ICE information regarding dates and times of probation or parole check-ins.

*Sheriff's Department*

Following the enactment of state laws limiting law enforcement agencies' cooperation with ICE except as provided, the Sheriff's Department (OCSD) implemented a jail policy and created forms to meet the laws' requirements. OCSD's jail policy 1206 (Attachment D) prohibits any transfer of an inmate to ICE's custody unless in accordance with state law. Following the enactment of the Transparent Review of Unjust Transfers and Holds (TRUTH) Act, OCSD created forms by which OCSD requests an inmate's written consent to be interviewed by ICE ("TRUTH Act Interview Consent Form") and also notifies an inmate if the inmate qualifies to be transferred to ICE's custody following the inmate's release from OCSD's custody ("TRUTH Act Notification Form") (Attachment E).

OCSD provided the following information:

- In 2018, a total of 1,823 inmates in the Orange County Jail had ICE detainers, meaning ICE requested that OCSD notify them when the inmates were being released and transfer the inmates to ICE's custody. The OCSD transferred 717 inmates to ICE upon completion of their time in local custody from January 1 to December 31, 2018. Those transferred were all individuals whose criminal convictions met the state law's requirement for transfer to ICE's custody.

- State law prohibited OCSD from notifying ICE of the release of 1,106 inmates who had ICE detainers. Of the 1,106 inmates with ICE detainers who were released back into the community, 173 have been rearrested in Orange County for committing 58 different types of crimes, including attempted murder, assault and battery, child molestation, and robbery.

*Probation Department*

The Probation Department does not permit ICE to have access to any juvenile in Probation's custody or under Probation's supervision. This is in accord with Welfare and Institutions Code section 831, which prohibits disclosure of juvenile information to federal officials absent a court order from the Juvenile Court.

**EXHIBIT A**

The Probation Department has briefed its Probation Officers about the legal requirements for ICE access to adults. The Probation Department has not had a situation where it has allowed ICE access to an adult in Probation's custody or under Probation's supervision in 2018.

**FINANCIAL IMPACT:**

N/A

**STAFFING IMPACT:**

N/A

**REVIEWING AGENCIES:**

Sheriff's Department
Probation Department

**ATTACHMENT(S):**

Attachment A – Government Code section 7283
Attachment B – Government Code section 7283.1
Attachment C – Welfare and Institutions Code section 831
Attachment D – OCSD's Jail Policy Section 1206 (Immigration)
Attachment E – OCSD's Inmate Interview Consent Form and Notification Form

**EXHIBIT A**