ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General
State Bar No. 267308
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6053
  Fax: (916) 324-8835
  E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendants State of California,
Governor Gavin Newsom and Attorney General
Rob Bonta, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF HUNTINGTON BEACH, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA in his official capacity as Attorney General of the State of California,**<br><br>Defendants. | 8:25-cv-00026<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: August 29, 2025<br>Time: 2:00 p.m.<br>Courtroom: 2, 2nd Floor<br>     (Hearing via Zoom)<br>Judge: The Honorable Sunshine Suzanne Sykes<br>Trial Date: None set<br>Action Filed: 1/07/2025 |

PLEASE TAKE NOTICE THAT on August 29, 2025, at 2:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Sunshine S. Sykes of the United States District Court for the Central District of California, located at 3470 Twelfth Street in Riverside, California, Defendants State of California, Governor Gavin Newsom, in his official capacity, and Attorney General Rob Bonta, in his official capacity, will and hereby do move this Court to dismiss Plaintiffs' second amended complaint in this action, ECF No. 29 ("SAC")[1], and all claims therein, pursuant to rule 12(b)(1) of the Federal Rules of Civil Procedure. The hearing will proceed remotely by videoconference on Zoom.

This motion to dismiss is made on the grounds that this court lacks subject matter jurisdiction to consider the claims in the SAC, including because Plaintiffs' lack standing, there is no basis for federal court jurisdiction, and Defendants have immunity from Plaintiffs' claims. The motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the papers and pleadings on file, and upon such matters that may be submitted at the hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on May 15, 2025.

Dated: June 2, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendants*

---

[1] Although the pleading is erroneously entitled "First Amended Complaint," it is, in fact, Plaintiffs' second amended complaint. *See* ECF No. 29 at 1; ECF Nos. 26, 28.

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **City of Huntington Beach, et al. v. The State of California, et al.** | Case No. | **8:25-cv-00026-SSS-PD** |

I hereby certify that on <u>June 2, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 2, 2025</u>, at Los Angeles, California.

| Cecilia Apodaca | */s/ Cecilia Apodaca* |
|---|---|
| Declarant | Signature |

SA2025300103
AG Cert of Service CM ECF no paper filers.docx