**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| City of Huntington Beach, et al.<br><br>v.<br><br>State of California, et al.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-cv-00026-SSS (PDx)<br><br>**ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE**<br>☒ FOR DISCOVERY<br>☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

28 U.S.C. Section 455(a)

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

July 18, 2025
Date

*Patricia Donahue*
United States Magistrate Judge

---

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge  Sheri Pym  . On all documents subsequently filed in this case, please substitute the initials  SPx  after the case number in place of the initials of the prior judge, so that the case number will read  8:25-cv-00026-SSS (SPx)  . This is very important because the documents are routed to the assigned judges by means of these initials

*cc:*   *Previous Magistrate Judge*

CV-110 (06/14)   **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE**