UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. | 8:25-cv-00026-SSS-SPx |
| Date | September 10, 2025 |
| Title | City of Huntington Beach et al v. State of California et al. |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING MOTION OF FEDERATION FOR AMERICAN IMMIGRATION REFORM FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF [DKT. 42]**

Before the Court is Federation for American Immigration Reform's ("FAIR") Motion for Leave to File an Amicus Curiae Brief in Opposition to Defendants' Motion to Dismiss. [Dkt. 42]. The Court has also received Defendants' non-opposition to this Motion. [Dkt. 47]. Having considered the parties' arguments, relevant legal authority, and record in this case, the Court **GRANTS** the Motion.

A "district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). Courts generally grant requests to participate as amicus curiae where the requesting party "has an interest in some other case that may be affected by the decision in the present case, or when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cmty. Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999). "The

touchstone is whether the amicus is helpful, and there is no requirement that amici must be totally disinterested." *Earth Island Inst. v. Nash*, No. 1:19-cv-01420-DAD-SAB, 2019 WL 6790682, at *1 (E.D. Cal. Dec. 12, 2019) (citations omitted).

Here, given that one of the issues concerns whether the alleged conflict between the California Values Act and federal immigration laws creates "dilemma standing," [Dkts. 34-1 at 13–15, 41 at 3–15, 44 at 1–9], the Court finds FAIR's Amicus Curiae brief could be helpful and, at the very least, relevant.

As such, the Court **GRANTS** FAIR's Motion for Leave to File an Amicus Curiae Brief in Opposition to Defendants' Motion to Dismiss, [Dkt. 42], and **DIRECTS** FAIR to file the Amicus Curiae Brief **by noon on September 19, 2025**.

**IT IS SO ORDERED.**